Case 2:10-cr-00509-JCM-RJJ   Document 23   Filed 12/16/14   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>DIANE TEDESCO | Case No: 2:10-CR-0509-JCM-RJJ<br>USM No: 44065-048 |
| Date of Original Judgment: 01/27/2011<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | CHRIS RASMUSSEN<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   110   months **is reduced to**   90 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/27/2011   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   December 16, 2014

Effective Date: _____
*(if different from order date)*

*Judge's signature*

James C. Mahan, U.S. District Judge
*Printed name and title*